# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

m 99-20189
Summary Calendar

———————————

## FRANCES GALLI,

Plaintiff-Appellant,

VERSUS

## UNIVERSITY OF TEXAS MEDICAL BRANCH,

Defendant-Appellee.

———————————————

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-2215)

———————————————

September 29, 1999

Before SMITH, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Frances Galli sued for age discrimination for comments made by her supervisor prior to September 1993, after which time she did no work for defendant University of Texas Medical Branch. She did not file her charge of discrimination with the Equal Employment Opportunity Commission until January 1996, outside the 300 days permitted by law.

The district court granted summary judgment for defendant, in part because the action was time-barred. The court also noted that Galli "has presented no evidence which disputes, or even raises an inference, that she was discharged for any reason other than her failure to abide by UTMB's leave policies."

The court entered judgment on the basis of a comprehensive recommendation submitted by the magistrate judge. We affirm, essentially for the reasons contained in that recommendation.

AFFIRMED.

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.